NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1439, -1440

SEIKO EPSON CORPORATION,

Plaintiff/Counterclaim Defendant-
Appellant,

and

EPSON RESEARCH AND DEVELOPMENT, INC.
and EPSON AMERICA, INC.,

Counterclaim Defendants-Appellees,

v.

CORETRONIC CORPORATION,

Defendant/Counterclaimant-
Cross Appellant,

and

OPTOMA TECHNOLOGY, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Northern District of California in 06-CV-6946, Judge Marilyn H. Patel.

ON MOTION

Before RADER, Circuit Judge.

ORDER

Seiko Epson Corporation moves to take judicial notice of The American Heritage College Dictionary's definition of "vicinity," the McGraw-Hill Encyclopedia of Science & Technology's definition of "schematic drawing," and Wikipedia's definition of "schematic." Coretronic Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion is deferred for consideration by the merits panel that is assigned to hear this case.

(2)   Copies of this order, the motion and the opposition shall be transmitted to the merits panel.

FOR THE COURT

OCT 21 2009
_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 21 2009

JAN HORBALY
CLERK

cc:   William J. Utermohlen, Esq.
       Madison C. Jellins, Esq.

s19

2009-1439, -1440

- 2 -